RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *CHAD ASKREN*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-cr-314-GMN-GWF |
| CHAD ASKREN, | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED ORDER] TO PERMIT DEFENDANT ASKREN TO ATTEND FUNERAL ON MARCH 13, 2016**

**IT IS HEREBY STIPULATED and AGREED** by and between Lisa Cartier-Giroux, Assistant United States Attorney, and Richard A. Schonfeld, attorney for Defendant Chad Askren, that Defendant Askren may attend the funeral of his girlfriend's son's father on Sunday, March 13, 2016, from 12 pm to 5 pm. The parties have confirmed with Pretrial Services Officer Zack Bowen that Mr. Askren is in compliance with pretrial supervision. Mr. Bowen further indicated that he would submit the instant request to the discretion of the court.

**DATED** this 11th day of March, 2016.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| /s/ | /s/ |
| **LISA CARTIER-GIROUX, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 333 Las Vegas Blvd. South, Suite 500 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |

2:14-cr-314-GMN-GWF

## ORDER

Based upon the forgoing stipulation, and with good cause appearing, **IT IS SO ORDERED. COURT ORDERS**, Defendant Askren may attend the funeral of his girlfriend's son's father on Sunday, March 13, 2016, from 12 pm to 5 pm.

**IT IS SO ORDERED.**

Dated this 11 day of March, 2016

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/
_____
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Chad Askren