**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:14-cr-00314-GMN-GWF |
| vs. ) | |
| ) | |
| CHAD ASKREN, ) | |
| ) | |
| Defendant. ) | **ORDER** |

On January 17, 2017, this Court heard arguments on Plaintiff's Motion for Appointment of Counsel (ECF No. 85).

Accordingly, IT IS HEREBY ORDERED that the Federal Public Defender's office is appointed to represent Chad Askren for the purpose of ensuring Mr. Askren knows his rights prior to entry of a potential waiver of conflict.

DATED this ___17___ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE