RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *CHAD ASKREN*

## UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:14-CR-00314-001 |
| Plaintiff, ) | |
| vs. ) | |
| CHAD ASKREN. ) | DATE OF HEARING: 4/28/17 |
| Defendants. ) | TIME OF HEARING: 9:00 a.m. |

### DEFENDANT CHAD ASKREN'S SENTENCING MEMORANDUM

COMES NOW, CHAD ASKREN, by and through his attorney, RICHARD A. SCHONFELD, ESQ., of the law firm of CHESNOFF & SCHONFELD, and hereby submits this Sentencing Memorandum.

This Sentencing Memorandum is made and based upon the papers and pleadings on file herein, the attached Memorandum of Points and Authorities, attached exhibits, and any oral argument that is heard.

Dated this 17th day of April, 2017.

Respectfully Submitted by:

CHESNOFF & SCHONFELD

   /s/ Richard A. Schonfeld, Esq.
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

From the outset, it must be clear that Mr. Askren is deeply remorseful and ashamed of his conduct in this case. Mr. Askren has accepted responsibility and regrets the mistakes he has made. Mr. Askren has remained compliant while under pre-trial supervision and has followed this Honorable Court's orders. It is respectfully submitted that after considering the 18 U.S.C. § 3553 factors, this Honorable Court should follow the negotiations, and impose a sentence of 120 months.

**II.    PLEA NEGOTIATIONS AND GUIDELINE CALCULATIONS**

Under the plea agreement, the parties stipulated to an adjusted offense level of 31.

In addition, as set forth in the plea agreement, the parties "agree[d] and stipulate[d] that no other specific offense characteristics will apply in this case." *See* GPA, p. 5.

While the guideline range for a level 31 is 108-135 months, the parties agreed to jointly recommend a sentence of 120 months. While United States Probation has calculated the offense level as 35, it should be noted that they recommend a sentence at the low end of their guideline range. Defendant has concurrently filed formal objections to the PSR disclosed on April 13, 2017. Accordingly, the mid-range sentence of the guidelines range agreed upon by the parties is an appropriate sentence when all factors are considered.

**III.    APPLICABLE LAW**

Since the Guidelines are now advisory, in cases sentenced after *Booker*, they are one factor among several that sentencing courts must consider in fashioning a sentence that is "sufficient but not greater than necessary" to achieve the purposes of sentencing set forth in 18 U.S.C. §3553(a)(2).

Under U.S.C. §3553(a) the key requirement is that the sentence in each case be sufficient, but not greater than necessary: a) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; b) to afford adequate deterrence to criminal conduct; c) to protect the public from further crimes of the defendant; and d) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

2

1     It is important to remember that when judges factor into a sentence the best way to provide

2   rehabilitation, as required by §3553(a)(2)(D), they are at the same time required to "recognize that

3   imprisonment is not an appropriate means of promoting correction and rehabilitation." *See* 18

4   U.S.C. §3582(a).

5     In determining whether the sentence is minimally sufficient to comply with the §3553(a)(2)

6   purposes of sentencing, the court must consider several factors listed in other subsections of

7   §3553(a). These factors are: 1) the nature and circumstances of the offense and the history and

8   characteristics of the defendant; 2) the kind of sentences available; 3) the advisory guidelines and

9   policy statement issued by the sentencing commission; 4) the need to avoid unwarranted sentencing

10  disparities among defendants with similar records who have been found guilty of similar conduct;

11  and 5) the need to provide restitution to the victims of the offense. After *Booker*, and as this

12  Honorable Court has repeatedly advocated, courts are no longer bound by the departure

13  methodology of the guidelines. Instead, a court may justify a sentence outside the calculated

14  guideline range by factors that would not have previously permitted a departure from the guideline

15  range. The *Booker* decision allows courts to consider factors that the guidelines previously

16  precluded.

17     The United States Supreme Court in *Gall v. United States* recognized that federal

18  sentencing demands that every convicted person be treated as an individual and "every case as a

19  unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and

20  punishment to ensue." 128 S. Ct. 586, 589 (2007). In addition to consulting the Guidelines, an

21  "individualized assessment" of the situation at-hand "based on the facts presented" is required.

22  *Gall*, 552 U.S. at 50. That analysis is guided by "[r]easonableness" and an "individualized

23  application of the statutory sentencing factors." *United States v. Dorvee*, 616 F.3d 174, 184 (2d

24  Cir. 2010) (citing *Gall*, 552 U.S. at 46-47).

25

26

27

28

## IV.    ANALYSIS OF THE 18 U.S.C. 3553 FACTORS

After a review of the 18 U.S.C. 3553 factors, it is respectfully submitted that a sentence of 120 months is sufficient but not greater than necessary to (A) reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) afford adequate deterrence to criminal conduct; (C) protect the public from further crimes of the defendant; and (D) provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

**1.    The nature and circumstances of the offense and the history and characteristics of the defendant**

### A.    The history and characteristics of the defendant

#### i.    Mr. Askren's background

Defendant, Chad Askren, was born in Stuart, Florida in 1984.  In 1985, his father suffered a massive heart attack, and died.  Mr. Askren grew up as an only child with his mother in Florida As a child, Mr. Askren participated in band from first through eighth grade. Growing up in Florida, he also enjoyed surfing, fishing, and beach activities.

In 2002, Mr. Askren graduated from Martin County High School, which is located in Stuart, Florida.  Mr. Askren then attended Le Cordon Bleu College of Culinary Arts, located in Orlando, Florida from August 11, 2003, through November 5, 2004.

In 2005, Mr. Askren was married in Orlando, Florida.  The parties had no children.  In August 2007, he relocated to Las Vegas, Nevada, for employment opportunities, and has resided here since.  In 2008, Mr. Askren was divorced due to irreconcilable differences.

Since moving to Las Vegas, Mr. Askren has had gainful employment as a chef in several Las Vegas hotels, including the Wynn and Mandalay Bay.  Since 2013 to present, and from 2009 through 2011, Mr. Askren has been employed as a chef at Caesar's Palace Hotel and Casino. In 2011, he quit his position as a chef for a better paying job at the Cosmopolitan Hotel and Casino. In 2013, he returned to Caesar's Palace after he was laid off from the Cosmopolitan.

1    Mr. Askren is also currently enrolled at Utah Valley University (on-line correspondence

2  program), located in Orem, Utah, and is completing a degree in Aviation Administration.  Mr.

3  Askren's anticipated graduation date is in August of 2017.

4    Since 2012, the defendant has been in a committed relationship with his girlfriend, Anna

5  Chong. No children have been born to this relationship; however, Ms. Chong has a child from a

6  previous relationship: Aaron Kastner, age 19.

7    Mr. Askren and Ms. Chong have lived together since 2012, along with Ms. Chong's son

8  and her mother, Ok Soon Chong. Ms. Chong remains supportive of Mr. Askren.  Mr. Askren is a

9  father-figure to Anna's son, and there has never been any allegation of sexual misconduct between

10 them.  Mr. Askren has the support of his family and friends.

11    **ii.    Character Letters**

12    Attached hereto as Exhibits 1-7 are character letters for Mr. Askren.

13 **EXHIBIT 1**

14    Attached as Exhibit 1 is a letter from Patricia Askren, Mr. Askren's mother.  Her letter

15 states in part:

16

17    My husband, Chad's father passed away when he was 2 years old, so as a
single mother Chad and I are very close. He did well in school and was a
18    friendly and kind boy who had many friends from school and in the
neighborhood growing up. Many of these neighbors and friends still ask
19    about him even though he has not lived here in many years. He made a lasting
impression on many of them.

20
After finishing Culinary School and working in the Orlando area for a few
21    years he relocated to Las Vegas. In Las Vegas he has made a great life for
himself. He is working in a position of great responsibility and is well liked
22    and respected by his superiors and co-workers. We visited recently and
witnessed this first hand by many of his co-workers.

23
He is also currently obtaining his College degree. He has been working full
24    time and taking the classes and is very close to finishing. It has been
challenging to do this but he has been very committed to it.

25
He has been in a relationship with a wonderful woman for the past 4 and half
26    years. Anna has been a great addition to his life. Chad has also become part
of her family. He has had a positive influence on her son with his work ethic,
27    who now is pursuing a culinary career. I love my son very much and know
him to be a kind and caring person. I am very proud of all his
28    accomplishments and ask the court to show compassion and leniency.

**EXHIBIT 2**

Attached as exhibit 2 is a letter from Michael Johnson.  Mr. Johnson has been in a relationship with Chad's mother for twenty-three years, and is like a father figure for Mr. Askren.  His letter states in part:

> I have known Chad since he was 9 years old.  I have been in a relationship with Chad's mother for the past 23 years. I have watched Chad grow up and know him as well as anyone. He was always a respectful young man and he and I grew close over the years and feel like he is my own son. He was an obedient and kind child and would help his mother around the house with chores because my job would take me out of town several days a week. He learned responsibility and he has worked since he was 16 years old. Growing up he had many friends who he spent time with and never did we have any trouble from him or his friends. He has made a great career for himself. He is a very hard worker and is always striving to improve himself. He has been working very hard to finish his studies to get his college degree even with his demanding job. He is in a great relationship with his girlfriend and has been with her for four plus years.
>
> I love Chad and know he is a good person, I'm asking the court for leniency for the decisions made that he regrets and hope that the court will show compassion so that he can return to a productive life.

**EXHIBIT 3**

Attached as Exhibit 3 is a letter from friend, Michael Palmeri.  Mr. Palmeri was introduced to Chad by his girlfriend, Anna Chong, who has been business partners and friends with his wife for over 15 years.  Mr. Palmeri's letter states in part:

> My name is Michael Palmeri, a financial services registered representative with Transamerica Financial Advisors Inc. in Las Vegas, NV. I have known Chad Askren for 5 years now. I was introduced to Chad by his girlfriend Anna Chong who has been business partners and friends with my wife for over 15 years. I gravitated towards Chad right away and actually got him intrigued about what I do, as he then came into business with me on a part time basis. In a very short amount of time Chad obtained his life insurance license and certification to help others with their current and future financial needs. Chad was very passionate about going out of his way to help others and spent a lot of time researching what products and services best fit their needs. At the time when I was working with Chad he was also working 40-80 hours a week in the restaurant/hospitality business, studying to obtain his pilot license, and managed to carve out another 15-30 hours a week to work with me. He never complained about the hours he was putting in he just wanted to get himself in a position to be able to help more people with what we do. In my line of work integrity, honesty, and morality are major factors I look for in people that are going to be a part of my organization. Chad has

1  lived up to those traits from the day I met him and that is one of the main
2  reasons I enjoyed working with him as he did things with others in mind not
   himself.

3

4  Also in the time that I have known Chad he has become very serious with his
   girlfriend Anna Chong. He moved in with her, her mother, and her son
   several years ago. Chad has stepped in as a father figure to her son and has
5  treated him, as he is his own. I know that Chad works as hard as he does to
   help support not only himself but to help support Anna's family as well. His
6  dedication to his family and work is something you will not come across
   often.

7

8  **EXHIBIT 4**

9

    Attached as Exhibit 4 is a letter from Mr. Palmeris' wife, Kari Palmeri.  Ms. Palmeri's

10

11  letter speaks to Chad's character.  Her letter states:

12  My name is Kari Palmeri and I have been a hairdresser in the Las Vegas area
    for about 24 years. I am also a wife and mother of three young girls. I met
13  Chad Askren about 5 years ago when he started dating my business partner
    and best friend Anna Chong. I have worked closely with Anna for over 15
14  years and have been business partners with her since 2009. She has become
    a very close friend and a part of our family. She introduced Chad to us in
15  2012 and since then we have gotten to know him and his character quite well.
    He has been nothing but respectful, generous, loving, and accepting to Anna
16  and her friends and family. When Anna made the decision to integrate Chad
    into her home life I watched as he took over the role of being a father figure
17  to her son and build a strong relationship with her mother. He has helped in
    the financial responsibilities of taking care of her and her family. He has
18  shown a love and respect for Anna that she had not experienced with any
    other man.

19
    During the last five years we have invited Chad into our home, been on
20  several double dates, and even vacationed together. Chad is always a pleasure
    to be around. He is a very loving and respectful man. My husband liked and
21  respected Chad so much that he asked him to be involved in his business on
    a part time basis. Chad was always very hard working and constantly wanting
22  to further his education. His love and dedication to Anna and her family has
    always been something I admired about Chad. I have been witness to Chad
23  being able to build Anna's trust and soften her heart, which is something I had
    not seen any other man be able to do. I will always be thankful to Chad for
24  loving and taking care of Anna the way has in the past five years.

25

26

27

28

7

**EXHIBIT 5**

Attached as Exhibit 5 is a letter from Mr. Askren's girlfriend, Anna Chong. Ms. Chong's letter speaks to Mr. Askren's loving nature. Her letter states:

> Being a single mother for 19 yrs and caring for my mother it truly was blessing when chad came into our lives 5 years ago .. chad has been the most loving, patient ,loyal. dependable man I ever known .. I have so much love and respect for chad He has always put mine, my sons and my moms needs first before his own. There hasn't been a time where we've ask for something or needed anything and he said no. He is the son that my mother never had. Chad has been an amazing father figure to my son. He would drop off and pick him up from school, help him with his homework, guide and teach him in the culinary field since my son wants to be a chef like chad one day. When my son played high school football chad did not once miss one of his games and always had dinner waiting when he got home. Leading by example chad has taught my son to be a gentleman and a loving caring man to his girlfriend .. my son spoils his girlfriend like how he sees Chad spoiling me. Aaron says he learned it from watching chad. Chad has never been confrontational nor has he ever shown anger towards any of us .. even when I have a attitude chad he just hugs and kisses me and says it will be ok. He shows me every day how much he loves me and respect me.
>
> One vacation we were on in Mexico for his birthday. I had the worst food poisoning. I couldn't even get out of bed to attempt going to a clinic or hospital that was 1 hr away from where we were .. I've never been sick like this before, Chad took care of me for 2 days while I was stuck in bed, he made me home made electrolytes and made sure I stayed hydrated, he stayed by my side and took care of me instead of enjoying his birthday trip with our friends. Those days made me see how selfless he was and how much he loves me. Chad would take us on amazing family snowboarding trip all winter long. We would ride all day then go back to our cabin and cook dinner together. We would pop popcorn, play games all night and hang out with our dogs in front of the fireplace. It breaks my heart knowing chad won't be able to do that with us anymore. We've taken so many memorable trips all thanks to chad making it happen. Not having Chad in our life would be detrimental to us not only emotionally but also financially and the stability of our well-being. He has been the head of household for over 5 yrs I can't imagine life without him.

**EXHIBIT 6**

Attached as Exhibit 6 is a letter from Ms. Chong's son, Aaron Kastner. Mr. Kastner is 19 years old, and has a great relationship with Mr. Askren. Mr. Askren has served as a father figure to Aaron since his father died from cancer.

8

Aaron's letter states in part:

> My mother introduced chad Askren to me about 5 years ago. We were going indoor rock climbing. That was the first moment chad and I met. As chad started coming into my life he would help me a lot. When I didn't have a ride to school when I was in high school he would never have a problem with dropping me off. During my high school years I was playing football.he was always there to help me in anyway he could. Every week when I would have a game he would always be there with my mom to show support. I wasn't that good at football but he would still come no matter what. My own father came maybe 1 or 2 times. Thats shows a lot about chads character and how much love he had for me and my family. After my father died from cancer about a year ago Chad was there to love and comfort me and my mother. Chad is like my father in a way. He's a really good influence to me. He has taught me more things then I could have ever learn by myself. Whenever my car or any would break I could always count on him to help me fix them. Even if it took days and he had work he would still find time to help me even if he didn't need to. And that showed a lot to me. even though Chad wasn't mv father he treated me like his son. I remember when he flew us out to veil in Colorado to go snowboarding and he payed for my ticket and everything. That was one of the best times iv ever had snowboarding and iv been snowboarding since I was 5. I grew up without a male role model in my life and since iv met Chad I knew he would be a great role model. Especially because he's a chef currently and my dream is to become a chef. Any and all questions iv had about cooking or an ingredient he would teach me about it or bring it home for me to try. If I have never met Chad I would have not learn or experience a whole lot of things and I'm very grateful I did meet Chad Askren.

**EXHIBIT 7**

Attached as Exhibit 7 is a letter from Tiffany Frasure M.S. PA-C. Ms. Frasure has been

friends with Mr. Askren's girlfriend since 2011, and has come to know Mr. Askren. Her letter

states:

> I have been friends with Anna Chong since 2011. We originally started out as co-workers and soon became fast friends. I was friends with her when she started dating Chad Askren approximately 5 years ago. I was out with Anna one of the first times she met Chad. I have been on several outings as friends with both Chad and Anna . He has always been very personable and caring especially when Anna was concerned. Anna would speak of Chad in only good ways, stating how much he has helped her with her family and son. He was a very good addition to Anna's life in my eyes. Personally I felt that he always seemed to be always in love with Anna from the very beginning. He was always very caring towards her. He also cared for her mother who lives with them and Anna's son. One of our outings we did take Chad and Anna out on our boat one summer day and spent the entire day with them. Chad and Anna were patient with our boat as our battery was dead. Chad offered to help fix it and they both stayed until we were able to get the boat out. Every time I was around Chad he was genuinely nice and caring. Anna is one of my dearest friends and she has always spoken highly of Chad in every way. It

shows his character because Anna is one of the most honest people that I know.

## 2. The need for the sentence imposed

**(A)** **to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;**

**(B)** **to afford adequate deterrence to criminal conduct;**

As to these two sub-factors, a sentence of 120 months will promote respect for the law, and provide a just punishment. Furthermore, a sentence of 120 months is sufficient to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense. The requested sentence also affords adequate deterrence to criminal conduct. In addition to the significant prison sentence, Mr. Askren will also be labeled a sex offender and will also be subject to supervised release.

**(C)** **to protect the public from further crimes of the defendant; and**

Here, while this case does not involve allegations of Defendant committing physical, sexual misconduct himself, a sentence of 120 months is sufficient but not greater than necessary. In conjunction with the deterrence factor, this sentence will also serve to protect the public.

**(D)** **to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;**

Mr. Askren has received his high school diploma as well as a degree from Le Cordon Bleu. He is also set to graduate in August 2017, from Utah Valley University (on-line correspondence program), with a degree in Aviation Administration. Under the circumstances, Mr. Askren would respectfully request to self surrender after August 2017, so that he may graduate prior to his incarceration. This degree will also expand his future employment opportunities, considering that he will be a registered sex offender.

**3.    The kinds of sentences available and Guidelines, Policy, and Other Criteria of Sentencing Commission**

The factors in § 3553(a)(3)-(5) require the Court to consider the kinds of sentences available as well as the Guidelines and Policy Statements applicable to the case.

Again, the parties jointly recommend a sentence of 120 months. After considering said factors, it is respectfully submitted that this sentence is appropriate.

**4.    The need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct**

In this instance, a sentence of 120 months of incarceration in federal prison with supervised release will not result in unwarranted sentence disparities.

## V.    CONCLUSION

Defendant, Mr. Askren, deeply regrets his actions, and has accepted responsibility for his conduct. The negotiated sentence of ten years, was arrived at between the United States and the Defendant after taking into consideration the same "relevant conduct" that is outlined in the pre-sentence report. After this Honorable Court reviews the 18 U.S.C. § 3553 factors, Mr. Askren respectfully requests that this Honorable Court impose a sentence of 120 months, which is consistent with the negotiations in this case.

Dated this 17th day of April, 2017.


Respectfully Submitted:


 __/s/   Richard A. Schonfeld_____
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorney for Chad Askren

11

EXHIBIT 1

March 22, 2017

Patricia Askren
5173 SE Tall Pines Way
Stuart, Fl  34997

RE: Chad Askren

Your Honor,

I am Patricia Askren, Chad's mother.  My husband, Chad's father passed away when he was 2 years old, so as a single mother Chad and I are very close.  He did well in school and was a friendly and kind boy who had many friends from school and in the neighborhood growing up.  Many of these neighbors and friends still ask about him even though he has not lived here in many years.  He made a lasting impression on many of them.

After finishing Culinary School and working in the Orlando area for a few years he relocated to Las Vegas.  In Las Vegas he has made a great life for himself.  He is working in a position of great responsibility and is well liked and respected by his superiors and co-workers.  We visited recently and witnessed this first hand by many of his co-workers.
He is also currently obtaining his College degree.  He has been working full time and taking the classes and is very close to finishing.  It has been challenging to do this but he has been very committed to it.
He has been in a relationship with a wonderful woman for the past 4 and half years.  Anna has been a great addition to his life.  Chad has also become part of her family.  He has had a positive influence on her son with his work ethic, who now is pursuing a culinary career.

I love my son very much and know him to be a kind and caring person.  I am very proud of all his accomplishments and ask the court to show compassion and leniency.  I would like to thank you in advance for your help and support.

Respectfully yours,

Patricia Askren

EXHIBIT 2

March 23, 2017

Michael Johnson
5173 SE Tall Pines Way
Stuart, Fl. 34997

RE: Chad Askren

Your Honor,

My name is Michael Johnson, and I have known Chad since he was 9 years old. I have been in a relationship with Chad's mother for the past 23 years. I have watched Chad grow up and know him as well as anyone. He was always a respectful young man and he and I grew close over the years and feel like he is my own son. He was an obedient and kind child and would help his mother around the house with chores because my job would take me out of town several days a week. He learned responsibility and he has worked since he was 16 years old. Growing up he had many friends who he spent time with and never did we have any trouble from him or his friends.

He has made a great career for himself. He is a very hard worker and is always striving to improve himself. He has been working very hard to finish his studies to get his college degree even with his demanding job.
He is in a great relationship with his girlfriend and has been with her for four plus years.

I love Chad and know he is a good person, I'm asking the court for leniency for the decisions made that he regrets and hope that the court will show compassion so that he can return to a productive life. Thank you for your consideration.

Respectfully yours,


Michael Johnson

EXHIBIT 3

April 1, 2017

Honorable Gloria Navarro
Chief District Judge
333. Las Vegas Blvd. South
Las Vegas, NV 89101

RE: Chad Askren

My name is Michael Palmeri, a financial services registered representative with
Transamerica Financial Advisors Inc. in Las Vegas, NV. I have known Chad Askren
for 5 years now. I was introduced to Chad by his girlfriend Anna Chong who has
been business partners and friends with my wife for over 15 years. I gravitated
towards Chad right away and actually got him intrigued about what I do, as he then
came into business with me on a part time basis. In a very short amount of time
Chad obtained his life insurance license and certification to help others with their
current and future financial needs. Chad was very passionate about going out of his
way to help others and spent a lot of time researching what products and services
best fit their needs. At the time when I was working with Chad he was also working
40-80 hours a week in the restaurant/hospitality business, studying to obtain his
pilot license, and managed to carve out another 15-30 hours a week to work with
me. He never complained about the hours he was putting in he just wanted to get
himself in a position to be able to help more people with what we do. In my line of
work integrity, honesty, and morality are major factors I look for in people that are
going to be a part of my organization. Chad has lived up to those traits from the day I
met him and that is one of the main reasons I enjoyed working with him as he did
things with others in mind not himself.

Also in the time that I have known Chad he has become very serious with his
girlfriend Anna Chong. He moved in with her, her mother, and her son several years
ago. Chad has stepped in as a father figure to her son and has treated him, as he is
his own. I know that Chad works as hard as he does to help support not only himself
but to help support Anna's family as well. His dedication to his family and work is
something you will not come across often.

In conclusion, if you have any further questions or would like to speak with me
personally please do not hesitate to contact me.

Michael Palmeri
Registered Representative
Transamerica Financial Advisors, Inc.
Transamerica Financial Group Division
4765 S. Durango Dr. #200
Las Vegas NV 89147

EXHIBIT 4

April 1, 2017

Honorable Gloria Navarro
Chief District Judge
333. Las Vegas Blvd. South
Las Vegas, NV 89101

RE: Chad Askren

My name is Kari Palmeri and I have been a hairdresser in the Las Vegas area for about 24 years. I am also a wife and mother of three young girls. I met Chad Askren about 5 years ago when he started dating my business partner and best friend Anna Chong. I have worked closely with Anna for over 15 years and have been business partners with her since 2009. She has become a very close friend and a part of our family. She introduced Chad to us in 2012 and since then we have gotten to know him and his character quite well. He has been nothing but respectful, generous, loving, and accepting to Anna and her friends and family. When Anna made the decision to integrate Chad into her home life I watched as he took over the role of being a father figure to her son and build a strong relationship with her mother. He has helped in the financial responsibilities of taking care of her and her family. He has shown a love and respect for Anna that she had not experienced with any other man.

During the last five years we have invited Chad into our home, been on several double dates, and even vacationed together. Chad is always a pleasure to be around. He is a very loving and respectful man. My husband liked and respected Chad so much that he asked him to be involved in his business on a part time basis. Chad was always very hard working and constantly wanting to further his education. His love and dedication to Anna and her family has always been something I admired about Chad. I have been witness to Chad being able to build Anna's trust and soften her heart, which is something I had not seen any other man be able to do. I will always be thankful to Chad for loving and taking care of Anna the way has in the past five years.

Sincerely,

Kari Palmeri

Kari Palmeri

EXHIBIT 5

Anna Chong
1515 Angel Falls St
Las Vegas, NV 89142

RE: Chad Askren

Your Honor,

Being a single mother for 19yrs and caring for my mother it truly was blessing when chad came into our lives 5 years ago. Chad has been the most loving, patient, loyal, dependable man I ever known.. I have so much love and respect for chad

He has always put mine own my sons and my mother's needs first before his own. There hasn't been a time where we've asked for something or needed anything and he said no. He is the son that my mother never had.

Chad has been an amazing father figure to my son. He would drop off and pick him up from school, help him with his homework, guide and teach him in the culinary field since my son wants to be a chef like chad one day. When my son played high school football chad did not once miss one of his games and always had dinner waiting when he got home.

Leading by example chad has taught my son to be a gentleman and a loving caring man to his girlfriend. My son spoils his girlfriend like how he sees Chad spoiling me. Aaron says he learned it from watching chad.

Chad has never been confrontational nor has he ever shown anger towards any of us. Even when I have an attitude chad he just hugs and kisses me and says it will be ok. He shows me every day how much he loves me and respect me.

One vacation we were on in Mexico for his birthday. I had the worst food poisoning. I couldn't even get out of bed to attempt going to a clinic or hospital that was 1 hr away from where we were.. I've never been sick like this before. Chad took care of me for 2 days while I was stuck in bed, he made me home made electrolytes and made sure I stayed hydrated, he stayed by my side and took care of me instead of enjoying his birthday trip with our friends. Those days made me see how selfless he was and how much he loves me.

Chad would take us on amazing family snowboarding trip all winter long. We would ride all day then go back to our cabin and cook dinner together. We would pop popcorn, play games all night and hang out with our dogs in front of the fireplace. It breaks my heart knowing chad won't be able to do that with us anymore. We've taken so many memorable trips all thanks t chad making it napper.

Not having Chad in our life would be detrimental to us not only emotionally but also financially and the stability of our well-being. He has been the head of household for over 5yrs I can't imagine life without him.

Respectfully yours,

Anna Chong

EXHIBIT 6

Aaron Kastner
1515 Angel Falls St
Las Vegas, NV 89142

RE: Chad Askren

Your Honor,

My name is Aaron Kastner and I'm 19years old

My mother introduced chad Askren to me about 5 years ago. We were going indoor rock climbing. That was the first moment chad and I met. As chad started coming into my life he would help me a lot.

When I didn't have a ride to school when I was in high school he would never have a problem with dropping me off. During my high school years I was playing football, he was always there to help me in any way he could. Every week when I would have a game he would always be there with my mom to show support. I wasn't that good at football but he would still come no matter what. My own father came maybe 1 or 2 times. That shows a lot about chads character and how much love he had for me and my family.

After my father died from cancer about a year ago Chad was there to love and comfort me and my mother. Chad is like my father in a way. He's a really good influence to me. He has taught me more things than I could have ever learned by myself. Whenever my car or any would break I could always count on him to help me fix them. Even if it took days and he had work he would still find time to help me even if he didn't need to. And that showed a lot to me. even though Chad wasn't my father he treated me like his son.

I remember when he flew us out to Vail in Colorado to go snowboarding and he paid for my ticket and everything. That was one of the best times I've ever had snowboarding and I've been snowboarding since I was 5. I grew up without a male role model in my life and since I've met Chad I knew he would be a great role model. Especially because he's a chef currently and my dream is to become a chef. Any and all questions I've had about cooking or an ingredient he would teach me about it or bring it home for me to try.

If I have never met Chad I would have not learn or experience a whole lot of things and I'm very grateful I did meet Chad Askren

Respectfully yours,

Aaron Kastner

EXHIBIT 7

To Whom it may concern

I have been friends with Anna Chong since 2011.  We originally started out as co-workers and  soon became fast friends. I was friends with her when she started dating Chad Askren approximately 5 years ago. I was out with Anna one of the first times she met Chad.   I have been on several outings as friends with both Chad and Anna .   He has always been very personable and caring especially when Anna was concerned. Anna would speak of Chad in only good ways, stating how much he has helped her with her family and son. He was a very good addition to Anna's life in my eyes. Personally I felt that he always seemed to be in love with Anna from the very beginning. He was always very caring towards her. He also cared for her mother who lives with them and Anna's son.  One of our outings we did take Chad and Anna out on our boat one summer day and spent the entire day with them. Chad and Anna were patient with our boat as our battery was dead. Chad offered to help fix it and they both stayed until we were able to get the boat out. Every time I was around Chad he was genuinely nice and caring. Anna is one of my dearest friends and she has always spoken highly of Chad in every way. It shows his character because Anna is one of the most honest people that I know.

Thank you,

Tiffany Frasure M.S. PA-C