STEVEN W. MYHRE
United States Attorney
ELHAM ROOHANI
Nevada Bar #12080
Assistant United States Attorney
CHAD W. MCHENRY
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
elham.roohani@usdoj.gov
chad.w.mchenry@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00314-GMN-GWF |
| Plaintiff, | **Government's Sentencing Memo** |
| vs. | |
| CHAD ASKREN, | |
| Defendant. | |

The United States of America, through the undersigned, submits the following timely filed Sentencing Memorandum for the Court's review prior to sentencing. Sentencing is currently set for April 28, 2017.

### BRIEF STATEMENT OF FACTS

On September 24, 2014, a federal Grand Jury sitting in Las Vegas, Nevada, issued an indictment against the defendant, Chad Askren, charging him with one

1

count of Receipt of Child Pornography, one count of Possession of Child Pornography, and one count of Advertising of Child Pornography.

On the eve of trial, the Defendant pled guilty pursuant to a plea agreement to Count 1 – Receipt of Child Pornography. The plea agreement allowed the Defendant to avoid a 180-month mandatory minimum sentence on Count 3 – Advertising Child Pornography.

To support his guilty plea, the Defendant admitted that: From on or about October 2, 2012, to October 31, 2012, he did knowingly search for and download images of child pornography using the Ares peer-to-peer file sharing software. Specifically, the Defendant used the search terms "PTHC" standing for "pre-teen hardcore" and "GRACEL" relating to a known child pornography series, and did download and receive child pornography corresponding to those search terms.

Using a computer connected to the internet at a residence located in Las Vegas, Nevada, the Defendant downloaded and received images of child pornography. The images of child the Defendant downloaded include an image of a pre-pubescent girl performing oral sex on an adult male and the adult male ejaculating on the girl's face. Another image of pornography downloaded by the Defendant portray a naked pre-pubescent girl with an adult male performing anal sex on the girl. Yet another image depicts a naked pre-pubescent girl sitting on an adult male's erect penis and the adult male's penis penetrating the girl's fully exposed vagina.

## TERM OF IMPRISONMENT

The goal of sentencing is to "'impose a sentence sufficient but not greater than necessary' to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; to afford adequate deterrence; to protect the public; and to provide the defendant with needed . . . correctional treatment." *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008) (quoting 18 U.S.C. § 3553(a)).

In comporting with the terms of the plea agreement, the Government respectfully requests the Court sentence the Defendant to 120-months imprisonment, which the Government submits is necessary to adequately further the goals of sentencing, reflecting the seriousness of the offense, deterring the Defendant from his criminal activities, promoting respect for the law, and protecting the public.

## SUPERVISED RELEASE

In terms of supervised release, the Government requests a lifetime term of supervision. The Government submits that the Defendant's rehabilitation, success, and any likelihood to re-offend will be significantly reduced if the Defendant remains accountable for his recovery and rehabilitation under supervision.

## CONDITIONS OF RELEASE

The Government respectfully asks that the Court impose the conditions of release as set forth in the PSR. The Government requests an addition to the pornography condition to read:  The prohibition on the defendant's possession or viewing of pornography does not apply to materials related to a collateral attack or

used for the purpose of court mandated treatment. *See United States v. Cope*, 527 F.3d 944 (9th Cir. 2008).

**CONCLUSION**

The United States respectfully requests that this Honorable Court impose a sentence of 120-months imprisonment, followed by a lifetime term of supervised release, with the conditions as set forth in the PSR with the minor noted addition to the pornography prohibition condition.

DATED this 19th day of April, 2017.

STEVEN W. MYHRE
Acting United States Attorney

/s/ *Chad McHenry*
_____
CHAD W. MCHENRY
Assistant United States Attorney