**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *CHAD ASKREN*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:14-cr-314-GMN-GWF |
| v. | ) | |
| | ) | |
| CHAD ASKREN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND [PROPOSED ORDER] TO MODIFY DEFENDANT ASKREN'S CONDITIONS OF RELEASE PRIOR TO SELF SURRENDER

**IT IS HEREBY STIPULATED and AGREED** by and between Elham Roohani, Assistant United States Attorney, and Richard A. Schonfeld, attorney for Defendant Chad Askren, that Defendant Askren's conditions of release may be modified prior to his self surrender on September 1, 2017 as follows:

1.  August 25, 2017 - Mr. Askren's mother and stepfather will be in town for his graduation celebration/farewell. Mr. Askren would like to spend time with family, have dinner, then attend a show at the Palazzo Hotel & Casino located at 3325 S. Las Vegas Blvd., Las Vegas, NV 89109. The requested time for visitation would be from 1 pm - 10 pm;

///

2. August 28, 2017 - Mr. Askren's friends and family would like to have a graduation/farewell get together at Top Golf, located at 4627 Koval Lane, Las Vegas, NV 89169. The requested time for visitation would be from 6pm to midnight;

3. August 29, 2017 - Mr. Askren would like to attend a farewell dinner with his girlfriend, Anna at Raku, located at 5030 Spring Mountain Rd., Las Vegas, NV 89146. The requested time for visitation would be from 6pm - 11pm.

The parties have confirmed with Pretrial Services Officer Zack Bowen that Mr. Askren is in compliance with pretrial supervision. Mr. Bowen further indicated that he has no objection, and would submit the instant request to the discretion of the court.

**DATED** this 23rd day of August, 2017.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/* | */s/* |
| **ELHAM ROOHANI, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 333 Las Vegas Blvd. South, Suite 500 | Nevada Bar No. 6815 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |

2:14-cr-314-GMN-GWF

**ORDER**

Based upon the forgoing stipulation, and with good cause appearing, **IT IS SO ORDERED**. The **COURT ORDERS**, that Defendant Askren's conditions of release may be modified prior to his self surrender as follows:

1. August 25, 2017 - Mr. Askren shall be permitted to spend time with family, have dinner, then attend a show at the Palazzo Hotel & Casino located at 3325 S. Las Vegas Blvd., Las Vegas, NV 89109. The permitted time for visitation would be from 1 pm - 10 pm;

2. August 28, 2017 - Mr. Askren shall be permitted to attend a graduation/farewell get together at Top Golf, located at 4627 Koval Lane, Las Vegas, NV 89169. The permitted time for visitation would be from 6pm to midnight;

3. August 29, 2017 - Mr. Askren shall be permitted to attend dinner with his girlfriend, Anna at Raku, located at 5030 Spring Mountain Rd., Las Vegas, NV 89146. The permitted time for visitation would be from 6pm - 11pm.

**IT IS SO ORDERED.**

Dated this 24 day of August, 2017

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

/s/
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar # 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Chad Askren

3